**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | Case: 1:26−cv−01210 |
| | ) | Assigned To : Cooper, Christopher R. |
| ALI RAZJOOYAN, et. al., | ) | Assign. Date : 4/10/2026 |
| | ) | Description: Pro Se Gen. Civ. (F−DECK) |
| Defendants. | ) | |

<u>NOTICE OF REMOVAL</u>

Defendant Ali Razjooyan, appearing pro se, hereby removes to this Court the civil action pending in the Superior Court of the District of Columbia, Civil Division, styled District of Columbia v. Ali Razjooyan, Eimon Razjooyan, and Houri Razjooyan, Case No. 2026-CAB-000985, and states as follows:

INTRODUCTION

1. This action is removable under 28 U.S.C. §§ 1331, 1367, 1441, and 1446 because the Complaint expressly asserts a claim arising under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961 et seq.

2. The Complaint also asserts claims under District of Columbia law. This Court has supplemental jurisdiction over those claims under 28 U.S.C. § 1367 because they form part of the same case or controversy.

3.  Ali Razjooyan removes this action on his own behalf only. He does not purport to appear for, represent, or remove on behalf of any other defendant.

STATE COURT ACTION

4.  On or about February 27, 2026, Plaintiff District of Columbia filed a Complaint in the Superior Court of the District of Columbia, Civil Division, against Ali Razjooyan, Eimon Razjooyan, and Houri Razjooyan, styled District of Columbia v. Ali Razjooyan, Eimon Razjooyan, and Houri Razjooyan, Case No. 2026-CAB-000985.

5.  As set forth on the face of the Complaint, Plaintiff alleges, among other things, a claim under the federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961 et seq.

BASIS FOR FEDERAL JURISDICTION

6.  This Court has original jurisdiction under 28 U.S.C. § 1331 because the Complaint presents a federal question on its face.

7.  This action is therefore removable under 28 U.S.C. § 1441(a).

8.  To the extent the Complaint includes claims arising under District of Columbia law, this Court has supplemental jurisdiction over those claims under 28 U.S.C. § 1367(a).

## VENUE

9. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the removed action was pending in the Superior Court of the District of Columbia.

## TIMELINESS

10. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty days after Ali Razjooyan receipt, through service or otherwise, of the initial pleading setting forth the removable federal claim.

11. Ali Razjooyan was not personally served; however the Superior Court granted the District of Columbia's motion for alternative service on March 19, 2026.

## POSITION REGARDING OTHER DEFENDANTS

12. The Complaint names Eimon Razjooyan and Houri Razjooyan as co-defendants.

13. Ali Razjooyan understands that 28 U.S.C. § 1446(b)(2)(A) generally requires joinder in or consent to removal by defendants who have been properly joined and served.

14. Eimon Razjooyan and Houri Razjooyan have not joined in this Notice of Removal and do not consent to removal.

15. Upon information and belief, Plaintiff sought and/or obtained an order in Superior Court authorizing alternate service, including so-called "nail and mail" service, as to one or both of those co-defendants.

16. Ali Razjooyan does not concede in this Notice that any purported alternate service on Eimon Razjooyan or Houri Razjooyan was valid, complete, constitutionally sufficient, or effective under applicable law as of the date of removal.

17. To the extent Plaintiff contends that unanimity is required and satisfied service had already been effected on those co-defendants, Ali Razjooyan preserves all objections and defenses relating to the validity, sufficiency, and completion of such service.

18. Ali Razjooyan files this Notice in good faith to invoke the federal forum created by the federal claim pleaded on the face of Plaintiff's Complaint and to preserve his rights under 28 U.S.C. §§ 1331 and 1441.

PROCESS, PLEADINGS, AND ORDERS

19. Pursuant to 28 U.S.C. § 1446(a), Ali Razjooyan is filing with this Notice copies of all process, pleadings, and orders served upon him in the Superior Court action, to the extent presently in his possession, custody, or control.

20. If additional state-court papers are identified after filing, Ali Razjooyan will supplement the record as appropriate.

4

NOTICE

21. Written notice of the filing of this Notice of Removal is being served on Plaintiff.

22. A copy of this Notice of Removal is also being filed with the Clerk of the Superior Court of the District of Columbia as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Ali Razjooyan respectfully removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Date: April 10, 2026

Respectfully submitted,

APPEARING PRO SE

/s./ Ali "Sam" Razjooyan
ALI RAZJOOYAN
115 Bytham Ridge Lane
Potomac, MD 20854
(301) 910-2991

5

CERTIFICATE OF SERVICE

I certify that on April 10, 2026, I served a copy of the foregoing Notice of

Removal by CM/ECF and also filed a copy of this Notice of Removal with the

Clerk of the Superior Court for the District of Columbia on:


Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Laura.Beckerman@dc.gov
Emily.Richard@dc.gov
Matthew.Meyer2@dc.gov
*Counsel for Plaintiff District of Columbia*


/s/ Ali Razjooyan
Ali Razjooyan

6