IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

*Plaintiff*,

v.

ALI RAZJOOYAN, et al.,

*Defendant*.

No. 1:26-cv-01210-CRC

**THE DISTRICT OF COLUMBIA'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ALI RAZJOOYAN, HOURI RAZJOOYAN, AND EIMON RAZJOOYAN AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Plaintiff the District of Columbia (the District), through the Office of the Attorney General, moves pursuant to Federal Rule of Civil Procedure (FRCP) 55(a) for entry of default against Defendants Ali Razjooyan, Houri Razjooyan, and Eimon Razjooyan for failure to file an answer in response to the District's Complaint in the time required by FRCP 81(c).

**PROCEDURAL BACKGROUND**

The District filed its Complaint in this matter on February 12, 2026 in the Superior Court for the District of Columbia (the Superior Court).[1] Also on February 12, 2026, the District filed a Motion for Preliminary Injunction. *See* Ex. 1. Defendants dodged service, and on March 3, 2026, the District filed its Motion for Alternative Service. ECF 2-3. On March 19, 2026, the Superior Court granted the District's Motion for Alternative Service. ECF 2-4. On March 20, 2026, the

---

[1] The District attaches, as Exhibit 1 to this Motion, a copy of the Superior Court docket for this matter. Despite the requirements of 28 U.S.C. § 1446(a), Defendants did not provide this Court with a copy of "all process, pleadings, and others" when removing this action.

1

District served all Defendants. ECF 2-5. On March 25, 2026, the Superior Court held an evidentiary hearing on the District's Motion for Preliminary Injunction. No Defendant appeared at the hearing or otherwise filed any response to the Motion for Preliminary Injunction. *See* Ex. 1, Docket Entry for March 25, 2026 Motion Hearing.

On April 10, 2026, Defendant Ali Razjooyan filed a Notice of Removal to the United States District Court for the District of Columbia. ECF 1. On April 15, 2026, Defendants Houri Razjooyan and Eimon Razjooyan filed a Notice of Consent to Removal. ECF 6. The deadline for Defendants to answer or otherwise respond to the Complaint expired April 17, 2026. FRCP 81(c); 12(b). As of the date of this filing, no Defendant has answered or otherwise responded to the Complaint.

## ARGUMENT

FRCP 81 provides the deadline by which defendants must answer a complaint following the removal of an action from state to federal court. Defendants have the longest of the following three periods: (A) 21 days after receiving a copy of the initial pleading, (B) 21 days after service of the summons, or (C) 7 days after the notice of removal is filed. FRCP 81(c)(2)(A)-(C). Here, periods (A) and (B) expired no later than April 10, 2026, as Defendants were served with the Summons and Complaint on March 20, 2026. Accordingly, the longest period is (C): seven days after the notice of removal is filed. The Notice of Removal was filed on April 10, 2026, so the deadline to answer expired on April 17, 2026. FCRP 81(c)(2)(C); ECF 1. While the rule does not explicitly provide extra time where a defendant does not initially consent to removal and later provides consent, even if April 15, 2026 was the operative date for Houri Razjooyan and Eimon Razjooyan, their deadline to answer would have expired on April 22, 2026. *See* ECF 6.

No Defendant has answered or otherwise responded to the District's Complaint. *See* ECF Docket and Ex. 1. Defendants' failure to file an answer amounts to a "fail[ure] to plead" within the meaning of FRCP 55. As a result, the clerk or the Court "*must*" enter default against Defendants Ali Razjooyan, Houri Razjooyan, and Eimon Razjooyan. FRCP 55(a)(1) (emphasis added).

## **CONCLUSION**

Based on the foregoing, and having satisfied the requirements of Rule 55, the District respectfully requests the Court (or clerk) enter default against all Defendants.

Dated: April 29, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN [1008120]
Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
Assistant Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

3

**<u>Certificate of Service</u>**

I certify that, April 29, 2026, service of this filing was completed through the Court's

CM/ECF system on all parties so registered and that I caused a copy of this filing to be served

via USPS First Class mail as follows:

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

/s/ Laura C. Beckerman
LAURA C. BECKERMAN