## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

*Plaintiff*,

v.

ALI RAZJOOYAN, et al.,

*Defendant*.

No. 1:26-cv-01210-CRC

## DISTRICT OF COLUMBIA'S NOTICE OF RIPE
## MOTION FOR PRELIMINARY INJUNCTION

On April 10, 2026, this matter was removed to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1441(a). At the time of removal, the District's Motion for Preliminary Injunction (PI) was ripe for ruling by the D.C. Superior Court.

On February 12, 2026, the District had filed a Motion for PI. The Motion for PI and accompanying Exhibits are Exhibit 101 to this Notice. On March 25, 2026, following completion of service and with notice to Defendants,[1] the D.C. Superior Court held an evidentiary hearing on the Motion for PI at which six witnesses provided testimony. No Defendant appeared at the hearing, nor did any Defendant file a written opposition to the Motion for PI. A copy of the hearing transcript is Exhibit 102 to this Notice. The District's Motion for PI is ripe for a ruling.

Pursuant to LCvR 65.1(c), the Exhibits and Declarations to the District's Motion for Preliminary Injunction together with the sworn testimony memorialized in the Hearing

---

[1] *See* ECF 2-4 (Order Granting Alternative Service), 2-5 (Affidavit of Service).

Transcript, constitute the evidence on which the District relies in support of its Motion for PI.

Accordingly, it is within the jurisdiction of this Court to rule on the pending Motion for PI or

schedule a hearing, pursuant to LCvR 65.1(d).

Dated: May 7, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN [1008120]
Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
Assistant Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2026, I caused a copy of this Notice to be served via

USPS First Class Mail to the addresses listed below. Due to the voluminous nature of the

exhibits, and the inclusion of a video file, the exhibits are being made available via file share at

 https://tinyurl.com/PI-Exhibits.

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854