# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 26CV1210-CRC |
| | ) | |
| v. | ) | |
| | ) | |
| ALI RAZJOOYAN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF CERTIFICATION OF ONLINE TUTORIAL
TO EFILE AS PRO SE LITIGANT

On May 1, 2026 Defendant Ali Razjooyan certifies that he has successfully completed the entire Clerk's Office on-line tutorial in order to electronically file pro se utilizing the pacer filing system.

Dated: May 1, 2026

Respectfully submitted,

Ali Razjooyan
115 Bytham Ridge Lane
Potomac, MD 20854
Defendant, pro se



**RECEIVED**

MAY 1 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Certificate of Service

I hereby certify that on this 1st day of May 2026, a copy of the foregoing response to the Motion to Remand was filed through the Court's CM/ECF system, or if filing is not available, was served by first-class mail and/or email upon all counsel of record.

_____
Ali Razjooyan