**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

DISTRICT OF COLUMBIA,

   *Plaintiff*,

  v.

ALI RAZJOOYAN, et al.,

   *Defendant*.

No. 1:26-cv-01210-CRC

---

**DISTRICT OF COLUMBIA'S NOTICE WITHDRAWING REQUEST FOR RELIEF
REGARDING 2844 LANGSTON PLACE SE**

Before this Court is the District's Motion for Preliminary Injunction. ECF 9-1. The preliminary injunctive relief sought by the District includes an Order requiring the Defendants to "abate all violations of the District's Housing Code and Property Maintenance Code" for six properties in the District. *Id.* at 33. One of the six properties is 2488 Langston Place SE. *Id.*

It has come to the District's attention that 2844 Langston Place SE is currently under the control of a DC Superior Court-appointed receiver, and that the receiver has moved the DC Superior Court to ratify the sale of 2844 Langston Place SE to a third-party purchaser. Exhibit 1, Motion for Ratification. As 2844 Langston Place SE is no longer under the control of the Defendants, the District notifies the Court that it withdraws its request for injunctive relief regarding this property. The District maintains its request as to the five properties that remain under Defendants' control. ECF 9-1 at 33.

1

Dated: May 20, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN [1008120]
Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
Assistant Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I caused a copy of this Notice to be served via the

Court's ECF filing system to all Defendants so registered and via USPS First Class Mail to the

addresses listed below.

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN

3