GOVERNMENT
EXHIBIT

1

IN THE SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| DISTRICT OF COLUMBIA <br><br> v. <br><br> THE BENNINGTON CORP., *et al.* | Case No. 2018-CA-007253-B <br><br> Hon. Shana Frost Matini <br><br> Next Event: <br> Evidentiary Hearing, May 6, 2026 at 10:00am |
| THE DISTRCT OF COLUMBIA WATER AND SEWER AUTHORITY <br><br> v. <br><br> 1850-1854 KENDALL ST NE LLC | Case No. 2024-CAB-1188 |
| THE DISTRCT OF COLUMBIA WATER AND SEWER AUTHORITY <br><br> v. <br><br> 1644 W ST SE DE LLC | Case No. 2024-CAB-5588 |
| WILMINGTON TRUST, N.A. <br><br> v. <br><br> 2912-20 LANGSTON PL SE LLC | Case No. 2024-CAB-6181 |
| WILMINGTON TRUST, N.A. <br><br> v. <br><br> 4647 HILLSIDE RD SE LLC | Case No. 2024-CAB-6203 |
| WILMINGTON TRUST, N.A. <br><br> v. <br><br> 1644 W ST SE LLC | Case No. 2024-CAB-6214 |
| GENESIS CAPITAL, LLC, *et al.* <br><br> v. <br><br> 1717 17TH ST NW DE, LLC, *et al.* | Case No. 2024-CAB-6937 |
| GENESIS CAPITAL, LLC, *et al.* <br><br> v. <br><br> 1850-1854 KENDALL ST NE, LLC, *et al.* | Case No. 2024-CAB-6938 |

1

Doc ID: c44b5cb3a5fece03a6df4b09f65962dc5cdbea02

| | |
|---|---|
| THE DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY<br><br>v.<br><br>400 CHESAPEAKE ST SE, LLC | Case No. 2025-CAB-591 |
| IRP FUND II TRUST 2B<br><br>v.<br><br>700 & 704 51ST NE DC LLC | Case No. 2025-CAB-1237 |
| THE DISTRCT OF COLUMBIA WATER AND SEWER AUTHORITY<br><br>v.<br><br>1717 17th ST NW DE, LLC | Case No. 2025-CAB-1447 |
| CAF BORROWER GS, LLC<br><br>v.<br><br>2844 LANGSTON PL SE, LLC | Case No. 2025-CAB-2417 |
| BANK OF CLARKE<br><br>v.<br><br>ALI RAZJOOYAN, *et al.* | Case No. 2025-CAB-3177 |
| THE DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY<br><br>v.<br><br>2908 LANGSTON PL SE LLC | Case No. 2025-CAB-5652 |

## VERIFIED REPORT OF SALE AND MOTION FOR RATIFICATION

The Court-Appointed Receiver, Brian J. Casey ("Mr. Casey"), by and through his undersigned counsel, and in fidelity to the terms of this Court's November 24, 2025 order (the "Sale Order"), reports the sale of real property located at 2844 Langston Place, SE, Washington, D.C. 20020 (lot 131 in Square 5741) (the "Property") and moves this Court to ratify the same, and says:

2

Doc ID: c44b5cb3a5fece03a6df4b09f65962dc5cdbea02

1. On August 11, 2025, this Court issued an order (the "Receivership Order") appointing Mr. Casey as receiver for the Property.  A copy of the Receivership Order is appended as Exhibit A.

2. The Receivership Order directed Mr. Casey, in operative part to "take immediate charge and possession of the [] Property and hold, protect, preserve, insure, manage, improve, secure, and control the same until the earlier of a further order of the Court or the consummation of a sale to a purchase or purchasers, or the transfer of title via other disposition."  Ex. A at pp. 3-4, ¶ A.

3. On November 24, 2025, this Court issued the Sale Order, which directed Mr. Casey, in operative part, to market the Property for sale, enter into a contract of sale, and promptly thereafter file a motion for ratification of such sale.  A copy of the Sale Order is attached as Exhibit B.

4. Consistent with the Sale Order, Mr. Casey retained Ten-X to conduct an auction sale of the Property, which occurred on April 29, 2026.  Mr. Casey executed a contract with the high bidder at auction, as more fully memorialized by the Purchase and Sale Agreement ("PSA") attached as Exhibit C.

5. The operative terms of the PSA are:

| | | |
|---|---|---|
| A. | Purchaser: | Berhe Amare Teklehaymanot<br>289 Triple Oaks Drive<br>Tucker, Georgia 30084<br>(470) 487-0117<br>Kurebelb2015@gmail.com |
| B. | Gross purchase price: | $670,000.00 |
| C. | Earnest money deposit: | $67,000.00 |
| D. | Closing: | 30 days following ratification |
| E. | Closing agent: | Novare National Settlement Service |

Doc ID: c44b5cb3a5fece03a6df4b09f65962dc5cdbea02

Attn: Maria Mena
4400 MacArthur Boulevard, Suite 801
Newport Beach, California 92660-2031
(714) 352-4088
novareescrow@novarenss.com

6. In fidelity to the Sale Order, Mr. Casey is contemporaneously serving Defendant, 2884 Langston PL SE, LLC with a copy of this motion and a notice (a copy of the notice being served is attached as Exhibit D), as follows:

   A. By Certified U.S. Mail first class and FedEx overnight:
      2884 Langston PL SE, LLC
      c/o JBR Companies, LLC, Registered Agent
      1 H Street, NE, 4th Floor S
      Washington, D.C. 20002

   B. By email:
      2884 Langston PL SE, LLC
      c/o JBR Companies, LLC, Registered Agent
      joseph@jbrcompanies.com

WHEREFORE, Mr. Casey requests that this Court ratify the sale of the Property consistent with the terms of the PSA.

## **Verification**

I HEREBY SWEAR OR AFFIRM, under the penalties of perjury, that the contents of the foregoing document are true and correct to the best of my personal knowledge.

Date: 05 / 14 / 2026 _____

_____
Brian J. Casey, Court-Appointed Receiver

4

Doc ID: c44b5cb3a5fece03a6df4b09f65962dc5cdbea02

/s/ *Ian T. Valkenet*
Ian T. Valkenet (D.C. Bar # 1021868)
Young & Valkenet
600 Wyndhurst Avenue, Suite 230
Baltimore, Maryland 21210
Office: (410) 323-0900
Direct: (410) 364-4544
Fax:     (410) 323-0977
Email: itv@youngandvalkenet.com

Attorney for Brian J. Casey, Court-Appointed
Receiver

## Certificate of Service

I HEREBY CERTIFY that on May 14 2026, copies of the foregoing document were served, via the Court's electronic facilities, or by U.S. Mail, first class mail postage prepaid, on all parties and counsel of record, through the Court's CaseFileExpress facilities, and to the interested parties by Certified U.S. Mail, FedEx, and email as described in Paragraphs 5(A) and 6, above.

/s/ *Ian T. Valkenet*
Ian T. Valkenet (D.C. Bar # 1021868)

5

Doc ID: c44b5cb3a5fece03a6df4b09f65962dc5cdbea02

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Young & Valkenet has sent you a document to review and sign... |
| **File name** | 2026-05-14 Report... Ratification.pdf |
| **Document ID** | c44b5cb3a5fece03a6df4b09f65962dc5cdbea02 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested on app.practicepanther.com and signed on app.practicepanther.com**

## Document History

**SENT**
**05 / 14 / 2026**
17:00:30 UTC
Sent for signature to Brian Casey (bcasey@caseygroupltd.com) by support@practicepanther.com acting on behalf of itv@youngandvalkenet.com
IP: 73.212.230.67

**VIEWED**
**05 / 14 / 2026**
17:02:09 UTC
Viewed by Brian Casey (bcasey@caseygroupltd.com)
IP: 69.250.70.255

**SIGNED**
**05 / 14 / 2026**
17:02:39 UTC
Signed by Brian Casey (bcasey@caseygroupltd.com)
IP: 69.250.70.255

**COMPLETED**
**05 / 14 / 2026**
17:02:39 UTC
The document has been completed.

Powered by **Dropbox** Sign