# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,  :

Plaintiff,  :  Civil Action No. 1:26-cv-01210-CRC

v.  :

ALI RAZJOOYAN, et al.,  :

Defendants.  :

:

## NOTICE OF APPEARANCE BY DEFENDANTS HOURI RAZJOOYAN PURSUANT TO COURT ORDER

Defendants Houri Razjooyan, appearing pro se, hereby enter their appearances in this action pursuant to the Court's Minute Order entered on May 15, 2026.  In that Minute Order, the Court denied Plaintiff's Motion for Entry of Default and ordered that, if Defendants Houri Razjooyan did not enter an appearance by May 24, 2026, Plaintiff could renew its motion for entry of default as to those defendants. The notice of appearance was filed nunc pro tunc on May 26, 2026.

By this Notice, Defendants Houri Razjooyan respectfully notify the Court and all parties that they are appearing in this action and intend to defend against Plaintiff's claims.



RECEIVED

MAY 28 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dated: May 28, 2026

/s/ Houri Razjooyan Houri
Razjooyan Defendant, Pro
Se
117 Bytham Ridge Lane
Potomac, Maryland 20854


Respectfully submitted,
/s/ Houri Razjooyan
Houri Razjooyan, *Pro Se*

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 28, 2026, I served a copy of this filing on counsel for Plaintiff by CM/ECF to registered users and, if required, by email to:

Laura C. Beckerman
Senior Trial Counsel
Office of the Attorney General for the District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
Laura.Beckerman@dc.gov


Matthew Meyer
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov

Timothy S. Baird
1021 East Cary Street, Suite 810
Richmond, VA 23219-4071

/s/ Houri Razjooyan
Houri Razjooyan