## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

*Plaintiff*,

v.

ALI RAZJOOYAN, et al.,

*Defendant.*

No. 1:26-cv-01210-CRC

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to United States District Court for the District of Columbia Local Rules (LCvR) 83.6(a) and 83.2(e), please enter the appearance of Assistant Attorney General Kathryn L. Blanco as co-counsel for the District of Columbia in the above-captioned matter. Ms. Blanco is a designee of the Attorney General for the District of Columbia within the terms of LCvR 83.2(e), and is a member in good standing of the bar of the highest court in the District of Columbia. Ms. Blanco has completed the Government Certification process and is familiar with the Local Rules of this Court and, as appropriate, other materials set forth in LCvR 83.8(b) and 83.9(a). Ms. Blanco's appearance is in addition to existing Counsel for the District.

Dated: June 25, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section
MICHAEL MAURER
Assistant Chief

*/s/ Kathryn L. Blanco*
KATHRYN L. BLANCO [90040716]
Assistant Attorney General
400 6th Street, NW, 9th Floor
Washington, D.C. 20001
Kathryn.Blanco@dc.gov
(202) 890-9250

*Attorneys for the District of Columbia*

## <u>CERTIFICATE OF SERVICE</u>

I, Kathryn Blanco, hereby certify that on June 25, 2026, I caused a copy of this Notice to

be served via the Court's ECF filing system to all Defendants so registered and via USPS First

Class Mail to the addresses listed below.

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854


<u>/s/ Kathryn L. Blanco</u>
KATHRYN L. BLANCO [90040716]