**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALI RAZJOOYAN, et al.,<br><br>*Defendant*. | No. 1:26-cv-01210-CRC |

**DISTRICT OF COLUMBIA'S NOTICE REGARDING FORECLOSURE SALE OF**
**1035 48TH STREET NE**

On July 16, 2026, this Court issued an Order granting, in part, the District's Motion for

Preliminary Injunction, which required Defendant Ali Razjooyan to, *inter alia*, "abate all

violations of the District of Columbia's Housing Code and Property Maintenance Code" at five

properties, including 1035 48th Street NE. ECF 30 at 1.

On July 30, 2026, the District learned that a foreclosure sale of the property located at

1035 48th Street NE had closed on July 29, 2026. As a result of this foreclosure sale, 1035 48th

Street NE is now owned by DC Magnolia LLC. *See* Exhibit 1, Substitute Trustee's Deed. The

District currently has no information to suggest that DC Magnolia LLC is associated with or

otherwise controlled by any Defendant. One or more Defendants continue to own and/or control

the other four properties that are subject to the Order.

1

Dated: July 31, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN [1008120]
Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
Assistant Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I caused a copy of this Notice and attachment to be

served via the Court's ECF filing system to all Defendants so registered and via USPS First

Class Mail to the addresses listed below.

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

/s/ Laura C. Beckerman
LAURA C. BECKERMAN