**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **ALI RAZJOOYAN**, *et al.*, <br><br> Defendants. |

Case No. 26-cv-1210 (CRC)

## AMENDED ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [1-16] Plaintiff's Motion for Preliminary Injunction is GRANTED in part and DENIED in part.  It is further

**ORDERED** that within 21 days of this Order, Defendant Ali Razjooyan shall abate all violations of the District of Columbia's Housing Code and Property Maintenance Code for the following properties in the District of Columbia:

    a.   1035 48th Street NE

    b.   2840 Langston Place SE

    c.   2850 Langston Place SE

    d.   2908 Langston Place SE

    e.   3615 B Street SE

It is further

**ORDERED** that within 21 days of this Order, Defendant Ali Razjooyan shall submit proof of licensure for all persons hired to perform work associated with the abatement of all violations of the District of Columbia's Housing Code and Property Maintenance Code for the aforementioned properties in the District of Columbia.  It is further

**ORDERED** that within 21 days of this Order, Defendant Ali Razjooyan shall submit proof of abatement of all violations of the District of Columbia's Housing Code and Property Maintenance Code for the aforementioned properties in the District of Columbia.  It is further

**ORDERED** that within 28 days of this Order, Defendant Ali Razjooyan shall clear all outstanding Notices of Infraction with the District of Columbia Department of Buildings for the aforementioned properties in the District of Columbia.  It is further

**ORDERED** that within 21 days of this Order, Defendant Houri Razjooyan shall abate all violations of the District of Columbia's Housing Code and Property Maintenance Code for 3615 B Street SE.  It is further

**ORDERED** that within 21 days of this Order, Defendant Houri Razjooyan shall submit proof of licensure for all persons hired to perform work associated with the abatement of all violations of the District of Columbia's Housing Code and Property Maintenance Code for 3615 B Street SE.  It is further

**ORDERED** that within 21 days of this Order, Defendant Houri Razjooyan shall submit proof of abatement of all violations of the District of Columbia's Housing Code and Property Maintenance Code for 3615 B Street SE.  It is further

**ORDERED** that within 28 days of this Order, Defendant Houri Razjooyan shall clear all outstanding Notices of Infraction with the District of Columbia Department of Buildings for 3615 B Street.  It is further

**ORDERED** that Defendants shall file an Answer or otherwise respond to the

[1-17] Complaint by August 6, 2026.

     **SO ORDERED**.

                            CHRISTOPHER R. COOPER
                            United States District Judge

Date:   August 10, 2026