**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>*Plaintiff*,<br>v.<br>ALI RAZJOOYAN, et al.,<br>*Defendants*. | No. 1:26-cv-01210-CRC |

**THE DISTRICT OF COLUMBIA'S RENEWED
MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ALI RAZJOOYAN, HOURI RAZJOOYAN, AND EIMON RAZJOOYAN AND
STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure (Rule) 55(a), Plaintiff moves the Court to direct the Clerk of Court to enter default against Defendants Ali Razjooyan, Houri Razjooyan, and Eimon Razjooyan for failure to file an Answer in response to the District's Complaint by August 6, 2026, as required by this Court's order. ECF 30 at 3.

## PROCEDURAL BACKGROUND

The District filed its Complaint and its Motion for Preliminary Injunction on February 12, 2026 in the Superior Court of the District of Columbia (the Superior Court). *See* ECF 7-2 at 3. Defendants were served with the Summons and Complaint on March 20, 2026. ECF 2-5. On April 10, 2026, Defendant Ali Razjooyan filed a Notice of Removal to the United States District Court for the District of Columbia. ECF 1. On April 15, 2026, Defendants Houri Razjooyan and Eimon Razjooyan consented to the removal. ECF 6. Pursuant to Rule 81(c), the deadline for Defendants to answer or otherwise respond to the Complaint expired on April 17, 2026. Fed. R.

Civ. P. 81(c); 12(b). On April 29, 2026, the District filed a Motion for Entry of Default against all Defendants. ECF 7. By Minute Order dated May 15, 2026, the Court denied the District's Motion, ordered Defendants Houri Razjooyan and Eimon Razjooyan to appear by May 24, 2026, and stated that Ali Razjooyan's deadline to answer would be stayed until 21 days after the Court ruled on the District's Motion for Preliminary Injunction.

On July 16, 2026, this Court issued an Order granting in part the District's Motion for Preliminary Injunction. ECF 30. Consistent with the Court's May 15, 2026 Minute Order, the Court ordered Defendants to answer or otherwise respond to the Complaint by August 6, 2026.[1] As of filing, no Defendant has answered or otherwise responded to the District's Complaint.

## ARGUMENT

Rule 55(a) provides that the clerk must enter default against a party who fails to plead or otherwise defend against a claim for affirmative relief. Defendants have failed to meet this Court's deadline of August 6, 2026 to answer or otherwise respond to the Complaint. The August 6, 2026 deadline was, itself, an extension of the original April 17, 2026 deadline to answer, which Defendants had also failed to meet. Fed. R. Civ. P. 81(c). *See* ECF 7 at 2.

Defendants have been on notice of the Complaint for well over four months, and since May 15, 2026, they have known that their answers would be due 21 days after resolution of the Motion for Preliminary Injunction. Despite ample time and notice, Defendants have not answered. The entry of default is now required.

---

[1] On August 10, 2026, this Court amended its July 16, 2026 Order to correct a clerical error regarding a property address. *See* August 10, 2026 Minute Order; ECF 36, 37. The Amended Order contains the same August 6, 2026 deadline for Defendants' Answer as the original Order. *Compare* ECF 30 at 3, ECF 36 at 3.

**CONCLUSION**

Based on the foregoing, and having satisfied the requirements of Rule 55, the District respectfully requests the Court direct the Clerk of Court to enter default against Defendants Ali Razjooyan, Houri Razjooyan, and Eimon Razjooyan.

Dated: August 12, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section
MICHAEL S. MAURER
Assistant Chief

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN [1008120]
Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
KATHRYN BLANCO [90040716]
Assistant Attorneys General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

**Certificate of Service**

I certify that on August 12, 2026, service of this filing was completed through the Court's CM/ECF system on all parties so registered and that I caused a copy of this filing to be served via USPS First Class mail as follows:

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

*_/s/ Laura C. Beckerman_*
LAURA C. BECKERMAN