**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br><br>Plaintiff,<br><br>v.<br><br>**ALI RAZJOOYAN**, *et al.*,<br><br>Defendants. | Case No. 26-cv-1210 (CRC) |

**DEFENDANT'S NOTICE OF COMPLIANCE / STATUS REPORT**

Defendants Houri Razjooyan, respectfully submits this Notice of Compliance / Status Report pursuant to the Court's Order entered on July 16, 2026, and state as follows:

**3615 B Street SE**

Pursuant to the Court's Order requiring submission of proof of abatement, Defendants have submitted proof of abatement for the outstanding Notices of Infraction ("NOIs") concerning 3615 B Street SE, Washington, D.C., to the District of Columbia Department of Buildings ("DOB").

Since the filing of the prior Status Report, DOB records reflect that the following NOIs have been satisfied and/or abated: 24NOIE-INS-04655; 24NOIR-INS-06656; 25NOIE-INS-00201; 25NOIE-INS-04058; 25NOIS-INS-00630; 21ENF-HOUS-05468; and 26NOIS-INS-00317.

Exhibit A contains the DOB status list identifying these NOIs as abated ("Yes"), together with the supporting DOB correspondence and proof-of-abatement submissions. Accordingly, these NOIs are no longer awaiting DOB approval as to abatement.

Since July 20, 2026, Defendants have submitted proof of abatement for all outstanding NOIs identified by DOB. All corrective work within Defendants' control has been completed in a workmanlike manner, and the supporting documentation evidencing completion of that work has been submitted to DOB and is included in Exhibit A.

RECEIVED
AUG 13 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

The remaining matters identified in DOB's records as "Under Review" remain pending administrative review by DOB. Defendants have made multiple good-faith efforts to contact DOB, obtain clarification regarding the status of the pending submissions, and determine whether DOB requires any additional documentation or action. Despite these repeated efforts, DOB's review and response process has not yet been completed with respect to all remaining NOIs.

Defendants respectfully emphasize that the continued "Under Review" status of these matters does not reflect a failure by Defendants to perform the required corrective work or to submit proof of abatement. Rather, Defendants have completed the corrective work and submitted the requested proof, and the remaining matters are awaiting DOB's review, processing, and confirmation.

Defendants remain committed to full compliance with the Court's Order and will continue diligently following up with DOB until each remaining NOI has been formally processed and reflected by DOB as abated.

Accordingly, Defendants respectfully submit that they have taken the corrective action required of them, have submitted proof of abatement for all outstanding NOIs, and will continue cooperating with DOB to obtain final administrative confirmation of the remaining matters presently designated as "Under Review."

WHEREFORE, Defendants respectfully submit this Notice of Compliance / Status Report to advise the Court of the current status of compliance with the July 16, 2026 Order and the circumstances affecting the remaining items.

Dated: August 13, 2026

Respectfully submitted,

Houri Razjooyan

Houri Razjooyan, *Pro Se and on behalf of 3615 B ST SE DE LLC*

CERTIFICATE OF SERVICE

I certify that on August 13, 2026, I served a copy of this filing on counsel for Plaintiff by CM/ECF to registered users and, if required, by email to:

Laura C. Beckerman Senior Trial
Counsel
Office of the Attorney General for the District of Columbia 400 6th
Street NW, 10th Floor
Washington, DC 20001 Laura.Beckerman@dc.gov

Matthew Meyer
Assistant Attorney General
Office of the Attorney General for the District of Columbia 400 6th
Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov

Timothy S. Baird
1021 East Cary Street, Suite 810
Richmond, VA 23219-4071

Houri Razjooyan