| S.No | Abated | Cap Id | Owner Fullname | Full Address | Unit | Cap Created Date | Floor Number | Violation Location | Violation | Fine Amount | Proof of Abatement Submission |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Total Fine Amount | | |
| 1 | Yes | 21ENF-HOUS-05468 | 3615 b st se llc | 3615 B STREET SE | 101 | 6/25/2021 12:00:00 AM | Exterior | Entire Yard | 12-G DCMR § 302.1 \| Failure of the owner to maintain exterior property and premises in clean, safe and sanitary condition \| 530 \| 30 | $530.00 | 7/20/26 |
| 2 | Yes | 21ENF-HOUS-05468 | 3615 b st se llc | 3615 B STREET SE | 101 | 6/25/2021 12:00:00 AM | Interior | Entire Unit | 12-G DCMR § 305.3 \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 530 \| 30 | $530.00 | 7/20/26 |
| 3 | Yes | 21ENF-HOUS-05468 | 3615 b st se llc | 3615 B STREET SE | 101 | 6/25/2021 12:00:00 AM | Interior | Entire Unit | IPMC § 305.1 \| Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition \| 1059 \| 30 | $1,059.00 | 7/20/26 |
| 4 | Yes | 24NOIE-INS-04655 | 3615 b st se de llc | 3615 B STREET SE | | 9/4/2024 12:00:00 AM | Interior | Cooking room | IPMC ? 603.1 \| Failure to properly install and maintain mechanical appliances, fireplaces, solid fuel-burning appliances, cooking appliances, and water heating appliances in a safe working condition capable of performir | $1,218.00 | 7/20/26 |
| 5 | Yes | 24NOIR-INS-06656 | 3615 b st se de llc | 3615 B STREET SE | | 9/4/2024 12:00:00 AM | Interior | Entire Unit | 12-G DCMR ? 309.1 \| failure of owner to take proper precautions to prevent rodent re-infestation after rodent extermination \| 1218 \| 30 | $1,218.00 | 7/20/26 |
| 6 | Yes | 24NOIR-INS-06656 | 3615 b st se de llc | 3615 B STREET SE | | 9/4/2024 12:00:00 AM | Interior/Exterior | Apartment Entrance Door | IPMC ? 304.13 \| Failure to maintain windows, skylights, door or frame in sound condition, good repair and weather tight \| 609 \| 30 | $609.00 | 7/20/26 |
| 7 | Yes | 25NOIE-INS-00201 | 3615 b st se de llc | 3615 B STREET SE | 101 | 10/16/2024 12:00:00 AM | Interior/Exterior | Apartment Entrance Door | IPMC ? 304.1.1 (4) \| Permitting an unsafe exterior structural condition to exist on premises wherein siding and masonry joints, including joints between the building envelope and the perimeter of windows, doors and sky | $1,218.00 | 7/20/26 |
| 8 | Yes | 25NOIE-INS-04058 | 3615 b st se de llc | 3615 B STREET SE | Common | 5/21/2025 12:00:00 AM | Interior | Basement | 12-G DCMR ? 704.1.3 \| Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition \| 2499 \| 1 | $2,499.00 | 7/20/26 |
| 9 | Yes | 25NOIE-INS-04058 | 3615 b st se de llc | 3615 B STREET SE | Common | 5/21/2025 12:00:00 AM | Interior | Common hallway | 12-G DCMR ? 704.1.3 \| Failure to keep all required portable fire extinguishers maintained in an efficient and safe operating condition \| 2499 \| 1 | $2,499.00 | 7/20/26 |
| 10 | Under Review | 25NOIR-INS-00304 | 3615 b st se de llc | 3615 B STREET SE | 101 | 10/16/2024 12:00:00 AM | Interior | Bathroom | 12-G DCMR ? 305.3 \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 609 \| 30 | $609.00 | 7/20/26 |
| 11 | Under Review | 25NOIR-INS-00304 | 3615 b st se de llc | 3615 B STREET SE | 101 | 10/16/2024 12:00:00 AM | Interior | Entire Unit | IPMC ? 302.5 \| Failure to maintain structures and exterior property free from rodent harborage and infestation \| 609 \| 30 | $609.00 | 7/20/26 |
| 12 | Under Review | 25NOIR-INS-00304 | 3615 b st se de llc | 3615 B STREET SE | 101 | 10/16/2024 12:00:00 AM | Interior | Kitchen | IPMC ? 305.1 \| Failure to maintain interior of structure and equipment therein in good repair, structurally sound and in sanitary condition \| 1218 \| 30 | $1,218.00 | 7/20/26 |
| 13 | Under Review | 25NOIR-INS-00304 | 3615 b st se de llc | 3615 B STREET SE | 101 | 10/16/2024 12:00:00 AM | Interior | Living room | 12-G DCMR ? 305.3 \| Failure to correct cracked or loose plaster, holes, decayed wood, water damage and/or other defective surface conditions \| 609 \| 30 | $609.00 | 7/20/26 |
| 14 | Under Review | 25NOIR-INS-04971 | 3615 b st se de llc | 3615 B STREET SE | Common | 5/21/2025 12:00:00 AM | Exterior | Entire Yard | 12-G DCMR ? 309.1 \| Failure to promptly exterminate structures in which rodents are found by approved processes \| 1249 \| 30 | $1,249.00 | 7/20/26 |
| 15 | Yes | 25NOIS-INS-00630 | 3615 b st se de llc | 3615 B STREET SE | Common | 5/21/2025 12:00:00 AM | Exterior | Entire Yard | 12-G DCMR ? 302.4 \| Failure to maintain premises or exterior property free from weeds or plant growth in excess of 8 inches \| 625 \| 10 | $625.00 | 7/20/26 |
| 16 | Yes | 25NOIS-INS-00630 | 3615 b st se de llc | 3615 B STREET SE | Common | 5/21/2025 12:00:00 AM | Exterior | Front Parking Lot | 12-G DCMR ? 308.1 \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 625 \| 10 | $625.00 | 7/20/26 |
| 17 | Yes | 25NOIS-INS-00630 | 3615 b st se de llc | 3615 B STREET SE | Common | 5/21/2025 12:00:00 AM | Exterior | Front Parking Lot | 12-G DCMR ? 308.1 \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 625 \| 10 | $625.00 | 7/20/26 |
| 18 | Under Review | 25NOIS-INS-01117 | 3615 b st se de llc | 3615 B STREET SE | 101 | 10/16/2024 12:00:00 AM | Exterior | Side of building | 12-G DCMR ? 308.1 \| Failure to maintain exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage \| 609 \| 10 | $609.00 | 7/20/26 |
| 19 | Under Review | 26NOIR-INS-04234 | 3615 b st se de llc | 3615 B STREET SE | Common | 4/1/2026 12:00:00 AM | Exterior | Entrance door | IPMC ? 304.6 \| Failure to maintain exterior walls free from holes, breaks, or loose or rotting materials \| 638 \| 30 | $638.00 | 7/20/26 |
| 20 | Under Review | 26NOIR-INS-04234 | 3615 b st se de llc | 3615 B STREET SE | Common | 4/1/2026 12:00:00 AM | Exterior | Side of building | IPMC ? 304.5 \| Failure to maintain foundation wall in such condition as to prevent the entry of rodents or other pests \| 638 \| 30 | $638.00 | 7/20/26 |
| 21 | Yes | 26NOIS-INS-00317 | 3615 b st se de llc | 3615 B STREET SE | Common | 3/31/2026 12:00:00 AM | Exterior | Right Parking Lot | 12-G DCMR ? 302.1 \| Failure of the owner to maintain exterior property and premises in clean, safe and sanitary condition \| 638 \| 10 | $638.00 | 7/20/26 |

Gmail B ST <3615bstllc@gmail.com>

## Fwd: Submission from Abatement Tracking: 21ENF-HOUS-05468

1 message

**MLK LLC** <3968mlkllc@gmail.com> Thu, Aug 13, 2026 at 6:35 PM
To: 3615 B ST SE LLC <3615bstllc@gmail.com>

Begin forwarded message:

**From:** DC Department of Buildings <dob@dc.gov>
**Date:** August 12, 2026 at 8:46:11 AM EDT
**To:** 3968mlkllc@gmail.com
**Subject: Re: Submission from Abatement Tracking: 21ENF-HOUS-05468**
**Reply-To:** dob@dc.gov

Regards,
Thank you for the abatement evidence submitted via by Department of Buildings (DOB) dashboard landlord violation tool. After reviewing our database, one of our staff members verified that the cited violations on the Notice of Infraction (NOI) have been abated and updated our records.
If you have any questions, please do not hesitate to respond to this email.

**Mario Cruz |** *Housing Inspector 1*
The Department of Buildings
mario.cruz2@dc.gov | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov

DOB DC DEPARTMENT OF BUILDINGS

> On Mon, Aug 3, 2026 at 11:39 AM <dob@dc.gov> wrote:
> > Regards,
> > Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.
> > Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.
> > We will send a follow-up email to you once the evidence has been reviewed. Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.
> > Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).
> >
> > On Sun, Aug 2, 2026 at 7:04 PM <dob@dc.gov> wrote:
> > > Auto Acknowledgement of Abatement Tracking Form Submission
> > >
> > > On Sun, Aug 2, 2026 at 7:04 PM <3615bstllc@gmail.com> wrote:
> > > > Cap ID: 21ENF-HOUS-05468
> > > >
> > > > Property Owner Name: 3615 b st se de llc

Primary Contact Email: 3615bstllc@gmail.com

Primary Contact Phone Number: +1 (301) 910-2991

Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 06/25/2021

Property Address: 3615 b st se 101

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: photo do clean unit attached per request

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

From: DC Department of Buildings dob@dc.gov
Subject: Re: Submission from Abatement Tracking: 24NOIE-INS-04655
Date: Aug 4, 2026 at 11:07:49 AM
To: 3968mlkllc@gmail.com

Regards,
Thank you for the abatement evidence submitted via by DOB dashboard landlord violation tool. After reviewing the evidence all violations on the Notice of Infraction (NOI) have been abated. DOB records have been updated.
We appreciate your efforts to ensure that the violation(s) cited by DOB has been abated. Please note any fines issued as part of Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).
I have referred the matter to DOB's Alternative Resolution Team to discuss a possible settlement. DOB is willing to settle the NOI without a hearing before OAH.
If you have any questions, please do not hesitate to respond to this email.

**Mario Cruz |** *Housing Inspector 1*
The Department of Buildings
mario.cruz2@dc.gov | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov
DOB DC DEPARTMENT OF BUILDINGS

On Mon, Aug 3, 2026 at 2:37 PM <3968mlkllc@gmail.com> wrote:
CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).
Hello Mr Cruz,
I left you a voicemail a few minutes ago. I wanted to check the status of the abatement. Proof was submitted over a week ago. If you could kindly clear the NOI, that would be greatly appreciated.
Thank you

> On Aug 2, 2026, at 5:30 PM, MLK LLC 3968mlkllc@gmail.com wrote:

> Hello, can you please acceptance of the proof of abatement?
Thank you

> On Jul 27, 2026, at 7:39 AM, DC Department of Buildings dob@dc.gov wrote:

> Re: Submission from Abatement Tracking: 24NOIE-INS-04655Regards,
Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.
Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.
We will send a follow-up email to you once the evidence has been reviewed.
Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.
Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).

Mario Cruz | Housing Inspector 1
The Department of Buildings
mario.cruz2@dc.gov [mario.cruz2@dc.gov] | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov [https://dob.dc.gov/][https://dob.dc.gov/sites/default/files/dc/sites/dob/page_content/images/DOB_Color-Logo.png]
> On Sun, Jul 26, 2026 at 5:02 PM <dob@dc.gov [dob@dc.gov]> wrote:
> Auto Acknowledgement of Abatement Tracking Form Submission
On Sun, Jul 26, 2026 at 5:02 PM <3615bstllc@gmail.com [3615bstllc@gmail.com]>
wrote:
> Cap ID: 24NOIE-INS-04655

Property Owner Name: 3615 b st se de llc

Primary Contact Email: 3615bstllc@gmail.com

Primary Contact Phone Number: +1 (301) 910-2991

Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 09/24/2024

Property Address: 101

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: abated

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

Unsubscribe
[https://subscriptions.pstmrk.it/unsubscribe?m=1._EJrcGao6PnJSbubIqJguw.kLq7MFrX1ilqNkS2WGu9aj3JnBJhF1tYwagUrYf4n24h1dWnjwpMOWFQVn1xkU0LfjveFrYJngjQHXMdUKxfAJowfCtaGbI5WqJHP4FtWt1u9i56_aKTaxQgyHkWFgArEWZTHPJss-j5AQ0jFnPKKC3Ij-UXrgJe0lNS12r42wFrAnckdnWwAMSJSkJ7u3R71aJ21HxW2AJA19bzi1iVHcVhKZsrmJ1cymSg4FOxajPTWwYxNIBU3uW2v3hJG_sPNShY7TJenvSml1uAR_aEBD96bgNn-1VrDW-Cf0BvVippwaecRo8iMQ9gBLId8p4xC5HF8xyOMGkqvhRa9kYWSb9mA5CZLsAeiyrrkBlLZojYZ_gVCeMnZVuqEgHDY7BT6MNrVXMFKg-74cH7cpZu_sID1kCfiYr5VEDteOGMlc4MBFOOxJaGYPZx4SEwRGnwhkRAwcAGGgsXD4-QI29liA]

[https://ea.pstmrk.it/open?
m=v3_1.8KMNTj8KfPTa2OOTbBhmzA.E_9jTmFC77_SoNln_AJJ5Xu4QZ7CQgs_p4
1EpoM-OTjmwBHQO0G_5CGMw0-
O_mSIOKYcypnZ1dja5Blpcf6xYO3y1WFlGq7ZI5fr0EoC_Vyb9R4TEFgcCFk6rHDCn
s0Zmx9pE9SsXqw894ohBvpNgnA2VygXkjR8k3Xg3-TQxlCVPjWr-
XOaBaE28k8S5fj2ZzyTXa_Nj4hvg0lNrKwi9W9LyEIB87NXU7mfXvBwSOZNDuhDS
T-R_4KEui7G1r9YKnV1HtZpF36qmQFcAWZJbDS5Z-
lt9ivjzz2rAvs8qwKBSSedCpaTV3-ldrTN2hwFYuDacbzmw6C-C_5I2Nk3qzJ-
Sno6XWzf28m-
j22QalsamrznvSowhLB7mfYkbFajyDLrvr3kGLmNbS6r98Xrq42iboa0Rwg_QmVvH
07Db-
n2LamVLP2Hg4rl5crzNm-9qwkUOYUwtLz8m0ypD6Y2NO9gNPaR8QwbEybtcU5
2dM2gGTjTmfm9lnMobHHIP7T7gBGlVeX_r8b0nb04WuShZf0qnbShLado6CBdjay
rt4I]

On Sun, Aug 2, 2026 at 9:30 PM <3968mlkllc@gmail.com> wrote:
CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).
Hello, can you please acceptance of the proof of abatement?
Thank you

> On Jul 27, 2026, at 7:39 AM, DC Department of Buildings dob@dc.gov wrote:

> Re: Submission from Abatement Tracking: 24NOIE-INS-04655Regards,
Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.
Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.

We will send a follow-up email to you once the evidence has been reviewed.
Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.
Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).

Mario Cruz | Housing Inspector 1
The Department of Buildings
mario.cruz2@dc.gov [mario.cruz2@dc.gov] | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov [https://dob.dc.gov/][https://dob.dc.gov/sites/default/files/dc/sites/dob/page_content/images/DOB_Color-Logo.png]
> On Sun, Jul 26, 2026 at 5:02 PM <dob@dc.gov [dob@dc.gov]> wrote:
> Auto Acknowledgement of Abatement Tracking Form Submission
On Sun, Jul 26, 2026 at 5:02 PM <3615bstllc@gmail.com [3615bstllc@gmail.com]>
wrote:
> Cap ID: 24NOIE-INS-04655

Property Owner Name: 3615 b st se de llc

Primary Contact Email: 3615bstllc@gmail.com

Primary Contact Phone Number: +1 (301) 910-2991

Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 09/24/2024

Property Address: 101

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: abated

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

Unsubscribe
[https://subscriptions.pstmrk.it/unsubscribe?
m=1._EJrcGao6PnJSbubIqJguw.kLq7MFrX1ilqNkS2WGu9aj3JnBJhF1tYwagUrYf4
n24h1dWnjwpMOWFQVn1xkU0LfjveFrYJngjQHXMdUKxfAJowfCtaGbI5WqJHP4Ft
Wt1u9i56_aKTaxQgyHkWFgArEWZTHPJss-j5AQ0jFnPKKC3lj-
UXrgJe0lNS12r42wFrAnckdnWwAMSJSkJ7u3R71aJ21HxW2AJA19bzi1iVHcVhKZ
srmJ1cymSg4FOxajPTWwYxNIBU3uW2v3hJG_sPNShY7TJenvSml1uAR_aEBD96
bgNn-1VrDW-
Cf0BvVippwaecRo8iMQ9gBLld8p4xC5HF8xyOMGkqvhRa9kYWSb9mA5CZLsAei
yrrkBlLZojYZ_gVCeMnZVuqEgHDY7BT6MNrVXMFKg-74cH7cpZu_slD1kCfiYr5VE
DteOGMlc4MBFOOxJaGYPZx4SEwRGnwhkRAwcAGGgsXD4-Ql29liA]

[https://ea.pstmrk.it/open?
m=v3_1.8KMNTj8KfPTa2OOTbBhmzA.E_9jTmFC77_SoNln_AJJ5Xu4QZ7CQgs_p
41EpoM-OTjmwBHQO0G_5CGMw0-
O_mSIOKYcypnZ1dja5Blpcf6xYO3y1WFlGq7ZI5fr0EoC_Vyb9R4TEFgcCFk6rHDC
ns0Zmx9pE9SsXqw894ohBvpNgnA2VygXkjR8k3Xg3-TQxlCVPjWr-
XOaBaE28k8S5fj2ZzyTXa_Nj4hvg0lNrKwi9W9LyElB87NXU7mfXvBwSOZNDuhD
ST-R_4KEui7G1r9YKnV1HtZpF36qmQFcAWZJbDS5Z-
lt9ivjzz2rAvs8qwKBSSedCpaTV3-IdrTN2hwFYuDacbzmw6C-C_5I2Nk3qzJ-
Sno6XWzf28m-
j22QalsamrznvSowhLB7mfYkbFajyDLrvr3kGLmNbS6r98Xrq42iboa0Rwg_QmVv
H07Db-
n2LamVLP2Hg4rl5crzNm-9qwkUOYUwtLz8m0ypD6Y2NO9gNPaR8QwbEybtcU

52dM2gGTjTmfm9lnMobHHIP7T7gBGlVeX_r8b0nb04WuShZf0qnbShLado6CBdj ayrt4I]

> On Mon, Jul 27, 2026 at 11:39 AM <dob@dc.gov> wrote:
> Regards,
> Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.
> Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.
> We will send a follow-up email to you once the evidence has been reviewed.
> Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.
> Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).
>
>> On Sun, Jul 26, 2026 at 5:02 PM <dob@dc.gov> wrote:
>> Auto Acknowledgement of Abatement Tracking Form Submission
>>
>>> On Sun, Jul 26, 2026 at 5:02 PM <3615bstllc@gmail.com> wrote:
>>> Cap ID: 24NOIE-INS-04655
>>>
>>> Property Owner Name: 3615 b st se de llc
>>>
>>> Primary Contact Email: 3615bstllc@gmail.com
>>>
>>> Primary Contact Phone Number: +1 (301) 910-2991
>>>
>>> Business Name (if applicable):
>>>
>>> Registered Agent Name (if applicable):
>>>
>>> Registered Agent Email :

Inspection Date: 09/24/2024

Property Address: 101

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: abated

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

From: DC Department of Buildings dob@dc.gov
Subject: Re: Submission from Abatement Tracking: 24NOIR-INS-06656
Date: Aug 7, 2026 at 7:11:00 AM
To: 3968mlkllc@gmail.com

Regards,
Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.
Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.
We will send a follow-up email to you once the evidence has been reviewed. Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.
Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).

**Mario Cruz |** *Housing Inspector 1*
The Department of Buildings
mario.cruz2@dc.gov | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov

DOB DC DEPARTMENT OF BUILDINGS

> On Fri, Aug 7, 2026 at 2:21 AM <dob@dc.gov> wrote:
> Auto Acknowledgement of Abatement Tracking Form Submission
>
>> On Fri, Aug 7, 2026 at 2:21 AM <3615bstllc@gmail.com> wrote:
>> Cap ID: 24NOIR-INS-06656
>>
>> Property Owner Name: 3615 b st se de llc
>>
>> Primary Contact Email: 3615bstllc@gmail.com
>>
>> Primary Contact Phone Number: +1 (301) 910-2991
>>
>> Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 09/04/2024

Property Address: 3615 b st se 101

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: door opem and closes easily, the frame and door are not damaged, the locks and theshold are new

all holes in kitchen, behind applainces and closets filled, electronic mouse traps placed

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

Unsubscribe

From: DC Department of Buildings dob@dc.gov
Subject: Re: Submission from Abatement Tracking: 25NOIE-INS-00201
Date: Aug 7, 2026 at 7:11:00 AM
To: 3968mlkllc@gmail.com

Regards,

Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.

Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.

We will send a follow-up email to you once the evidence has been reviewed. Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.

Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).

**Mario Cruz |** *Housing Inspector 1*
The Department of Buildings
mario.cruz2@dc.gov | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov

DOB DC DEPARTMENT OF BUILDINGS

> On Fri, Aug 7, 2026 at 2:11 AM <dob@dc.gov> wrote:
> Auto Acknowledgement of Abatement Tracking Form Submission
>
> > On Fri, Aug 7, 2026 at 2:11 AM <3615bstllc@gmail.com> wrote:
> > Cap ID: 25NOIE-INS-00201
> >
> > Property Owner Name: 3615 b st se de llc
> >
> > Primary Contact Email: 3615bstllc@gmail.com
> >
> > Primary Contact Phone Number: +1 (301) 910-2991
> >
> > Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 06/25/2021

Property Address: 3615 b st se 101

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: door opens and closing wiithout issue, threshold is new, frame and door have no damage

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

Unsubscribe

From: DC Department of Buildings dob@dc.gov
Subject: Re: Submission from Abatement Tracking: 25NOIE-INS-04058
Date: Aug 7, 2026 at 7:11:05 AM
To: 3968mlkllc@gmail.com

Regards,

Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.

Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.

We will send a follow-up email to you once the evidence has been reviewed. Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.

Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).

**Mario Cruz |** *Housing Inspector 1*
The Department of Buildings
mario.cruz2@dc.gov | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov

DOB
DC DEPARTMENT OF BUILDINGS

> On Fri, Aug 7, 2026 at 2:14 AM <dob@dc.gov> wrote:
> Auto Acknowledgement of Abatement Tracking Form Submission
>
>> On Fri, Aug 7, 2026 at 2:14 AM <3615bstllc@gmail.com> wrote:
>> Cap ID: 25NOIE-INS-04058
>>
>> Property Owner Name: 3615 b st se de llc
>>
>> Primary Contact Email: 3615bstllc@gmail.com
>>
>> Primary Contact Phone Number: +1 (301) 910-2991
>>
>> Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 05/21/2025

Property Address: 3615 b st se common area

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: new extinguisher, with 2026 date stamp on bottom of extinguisher, the extinguisher is good until December 31, 2026 and then will be replaced for 2027 model

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

Unsubscribe

From: DC Department of Buildings dob@dc.gov
Subject: Re: Submission from Abatement Tracking: 25NOIS-INS-00630
Date: Aug 7, 2026 at 7:11:04 AM
To: 3968mlkllc@gmail.com

Regards,

Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.

Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.

We will send a follow-up email to you once the evidence has been reviewed. Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.

Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).

**Mario Cruz |** *Housing Inspector 1*
The Department of Buildings
mario.cruz2@dc.gov | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov

DOB DC DEPARTMENT OF BUILDINGS

> On Fri, Aug 7, 2026 at 2:27 AM <dob@dc.gov> wrote:
> Auto Acknowledgement of Abatement Tracking Form Submission
>
>> On Fri, Aug 7, 2026 at 2:27 AM <3615bstllc@gmail.com> wrote:
>> Cap ID: 25NOIS-INS-00630
>>
>> Property Owner Name: 3615 b st se de llc
>>
>> Primary Contact Email: 3615bstllc@gmail.com
>>
>> Primary Contact Phone Number: +1 (301) 910-2991
>>
>> Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 05/21/2025

Property Address: 3615 b st se exterior

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: grass trimmed, no trash on grass, no trash around trash container

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

Unsubscribe

From: DC Department of Buildings dob@dc.gov
Subject: Re: Submission from Abatement Tracking: 26NOIS-INS-00317
Date: Aug 3, 2026 at 7:39:26 AM
To: 3968mlkllc@gmail.com

Regards,

Thank you for submitting abatement evidence; we will review the submitted evidence and determine if you have fully abated the cited violations in a workmanlike manner or need a follow-up inspection.

Please note if a follow-up inspection, either Virtual or In-Person, is required, you will charge a $90.00 re-inspection fee.

We will send a follow-up email to you once the evidence has been reviewed. Please note acceptance of evidence as sufficient proof of abatement is at the sole discretion of the inspector reviewing the evidence.

Please note that any fines issued as part of the Notice of Infraction (NOI) remain pending until a settlement is reached, or a decision is rendered by the Office of Administrative Hearing (OAH).

**Mario Cruz |** *Housing Inspector 1*
The Department of Buildings
mario.cruz2@dc.gov | 1100 4th St SW, DC 20024
main: 202.671.3500 | desk: 202-481-3528 |
dob.dc.gov

DOB DC DEPARTMENT OF BUILDINGS

> On Sun, Aug 2, 2026 at 6:58 PM <dob@dc.gov> wrote:
> Auto Acknowledgement of Abatement Tracking Form Submission
>
>> On Sun, Aug 2, 2026 at 6:58 PM <3615bstllc@gmail.com> wrote:
>> Cap ID: 26NOIS-INS-00317
>>
>> Property Owner Name: 3615 b st se de llc
>>
>> Primary Contact Email: 3615bstllc@gmail.com
>>
>> Primary Contact Phone Number: +1 (301) 910-2991
>>
>> Business Name (if applicable):

Registered Agent Name (if applicable):

Registered Agent Email :

Inspection Date: 10/16/2024

Property Address: 3615 b st se

Re-inspection Request: No Re-Inspection Requested (Documentation Provided)

Details Regarding this Request: photo of addn recepticle attached per request

Acknowledgement : I declare under penalty of perjury that the foregoing information is true and correct.

Unsubscribe