**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>*Plaintiff*,<br>v.<br>ALI RAZJOOYAN, et al.,<br>*Defendant*. | No. 1:26-cv-01210-CRC |

**DISTRICT OF COLUMBIA'S NOTICE REGARDING SERVICE DATE OF MOTIONS**

The District files this Notice to avoid any confusion regarding the deadline for the District to file its Opposition to recently filed Motions to Vacate Default. ECF 47 and 49.

On September 1, 2026, the District received service of Motions to Vacate Default by Houri Razjooyan and Eimon Razjooyan, ECF 47 and 49, by e-mail notices from the Court's CM/ECF system. Ex. 1, CM/ECF Email Notices, dated September 1, 2026. However, the Motions are ECF file stamped "August 21, 2026," and each Motion's Certificate of Service states that it was served on August 21, 2026. ECF 47 at 6; ECF 49 at 6. However, at no time prior to receipt of the September 1, 2026 notices did counsel for the District receive service of these Motions.

Local Rule of Civil Procedure 7(b) provides that "[w]ithin 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion." Given that the Motions to Vacate Default filed by Houri Razjooyan and Eimon Razjooyan were served on the District on

September 1, 2026, the District notifies the Court that it intends to respond to these motions on or before September 15, 2026.

Dated: September 3, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section
MICHAEL MAURER
Assistant Chief, Housing and Environmental Justice Section

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN [1008120]
Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
Assistant Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I caused a copy of this Notice and attachment to be served via the Court's ECF filing system to all Defendants so registered and via USPS First Class Mail to the addresses listed below.

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN