**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br><br>Plaintiff,<br><br>v.<br><br>**ALI RAZJOOYAN, *et al.***,<br><br>Defendants. | Case No. 26-cv-1210 (CRC) |

**ORDER**

Upon consideration of Plaintiff's [54] Motion for Order to Show Cause, any Opposition, and the record in this matter, Plaintiff's Motion is hereby **GRANTED**. It is hereby

**ORDERED** that Defendant Ali Razjooyan shall show cause in writing by October 23, 2026 why he should not be held in contempt for failure to abide by this Court's Preliminary Injunction, or else be held in contempt and be subject to a daily fine in an amount to be determined payable to the District, until such time as Defendant Ali Razjooyan purges his contempt. It is further

**ORDERED** that Defendant Houri Razjooyan shall show cause in writing by October 23, 2026 why she should not be held in contempt for failure to abide by this Court's Preliminary Injunction, or else be held in contempt and be subject to a daily fine in an amount to be determined payable to the District, until such time as Defendant Houri Razjooyan purges her contempt.

**SO ORDERED**.

Christopher R. Cooper

CHRISTOPHER R. COOPER
United States District Judge

Date: October 9, 2026