**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>*Plaintiff*,<br>v.<br>ALI RAZJOOYAN, et al.,<br>*Defendant*. | No. 1:26-cv-01210-CRC |

**NOTICE OF APPENDICES TO DISTRICT'S COMPLAINT**

The District hereby files this Notice attaching Appendices A-D which were filed with the District's Complaint on February 12, 2026. *See District of Columbia v. Ali Razjooyan et al*., 2026-CAB-00985, February 12, 2026 Complaint. The attached appendices were correctly docketed in the District of Columbia Superior Court when this case was originally filed; however, they appear to have not been docketed on this Court's docket after this matter was removed to federal court. Therefore, District is attaching them to this notice.

Dated: October 20, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN [1008120]

Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
Assistant Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I caused a copy of this Notice to be served via USPS First Class Mail to the addresses listed below.

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854