**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>*Plaintiff*,<br>v.<br>ALI RAZJOOYAN, et al.,<br>*Defendant*. | No. 1:26-cv-01210-CRC |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS**

The District moves under Fed. R. Civ. P. 6 to enlarge the District's time to respond to Defendants Ali Razjooyan, Houri Razjooyan, and Eimon Razjooyan's Motions to Dismiss by two weeks – from October 23, 2026 to November 6, 2026. Fed. R. Civ. P. 6(b) provides that, when an act may or must be done within a specified time, the Court may, for good cause, extend the time to respond.

Good cause exists for the requested extension. This Court issued its order requiring the District's response on October 9, 2026, at which time undersigned counsel Matthew Meyer was out of state for a wedding. October 12 was a federal holiday and undersigned counsel was out sick on October 14 and October 15. Due to this and the press of other deadlines faced by co-counsel, the District requests a short extension to November 6, 2026 to fulsomely respond to these three dispositive motions.

Dated: October 20, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

JOANNA K. WASIK
Chief, Housing and Environmental Justice Section

LAURA C. BECKERMAN [1008120]
Senior Trial Counsel
Public Advocacy Division
Laura.Beckerman@dc.gov
(202) 655-7906

*/s/ Matthew Meyer*
MATTHEW MEYER [1045084]
Assistant Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Matthew.Meyer2@dc.gov
(202) 394-9384
*Attorneys for the District of Columbia*

**RULE 7 CERTIFICATION**

I hereby certify that on October 20, 2026, I attempted to contact Defendants via email to seek consent. Defendants did not respond.

/s/ Matthew Meyer
Matthew Meyer
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I caused a copy of this Motion to be served via USPS First Class Mail to the addresses listed below.

Ali Razjooyan
115 Bytham Ridge Ln.
Potomac, MD 20854

Houri Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854

Eimon Razjooyan
117 Bytham Ridge Ln.
Potomac, MD 20854